1
2
3
4
5
6
7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11   ANTHONY BARRAZA,                    )   Case No.: 1:12-cv-01610 - LJO -  JLT
                                         )
12                  Plaintiff,           )   ORDER TRANSFERRING CASE TO THE
                                         )   SACRAMENTO DIVISION OF THE UNITED
13          v.                           )   STATES DISTRICT COURT, EASTERN
                                         )   DISTRICT OF CALIFORNIA
14   COMMISSIONER OF SOCIAL SECURITY,    )
                                         )
15                  Defendant.           )
                                         )
16   _____)

17          Anthony Barraza ("Plaintiff") initiated this action on September 29, 2012 by filing a complaint

18   against the Commissioner of Social Security, seeking review of an administrative decision denying his

19   application for Social Security benefits.  (Doc. 1).

20          When a plaintiff seeks review of the final decision of the Commissioner of Social Security,

21   "[s]uch action shall be brought in the district court of the United States for the judicial district in which

22   the plaintiff resides." 42 U.S.C. § 405(g).  The Civil Cover Sheet to Plaintiff's Complaint indicated he

23   resides in Fresno County.  (Doc. 2 at 1).  On January 29, 2013, the Court held a hearing on its order to

24   show cause why sanctions should not be imposed upon Ms. Bosavanh, Plaintiff's counsel, for

25   numerous errors before the Court, including filing approximately 85 complaints alleging the improper

26   county of residence for the claimant.  Subsequently, Ms. Bosavanh notified the Court that Plaintiff

27   does not reside Fresno County, and that this action should have been filed in the Sacramento division

28   of the Eastern District of California.

                                                1

Pursuant to Local Rule 120(f), a civil action that has not been commenced in the proper court may be transferred: "Whenever in any action the Court finds upon its own motion, motion of any party, or stipulation that the action has not been commenced in the proper court in accordance with this Rule, or for other good cause, the Court may transfer the action to another venue within the District." *Id.* Because the action should have been filed in the Sacramento Division, the Court will transfer the action.

Accordingly, **IT IS HEREBY ORDERED**:

1. This matter is transferred to the Sacramento Division of the United States District Court, Eastern District of California; and

2. All future filings shall reference the case number assigned by the Sacramento Division.

IT IS SO ORDERED.

Dated:   **March 4, 2013**                    **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE

2